**DISMISS; and Opinion Filed December 20, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20384-W**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Brown

The Court has before it appellant's December 17, 2018 motion to withdraw the appeal,

signed by appellant and his appointed counsel. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss this appeal.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

180176F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

RAYMOND ELLIS NEWSOME,
Appellant

No. 05-18-00176-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-20384-W.
Opinion delivered by Justice Brown.
Justices Bridges and Whitehill
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 20th day of December, 2018.